UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ATTORNEY(S) BORRELLI & ASSOCIATES PLLC   PH: 516-248-5550
1010 NORTHERN BLVD. STE 328 GREAT NECK, NY 11021 |

Index Number: 14-cv-5449 (drh)
Date Filed: 09/18/2014
Court/Return Date:

Michael Walker and Nathaniel Walker on behalf of themselves and all others simiarly situated

vs

The Interfaith Nutrition Network Inc. and Christian Aguilera in his individual and professional capacities

*Plaintiff*

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

__Nasser Atrash__ , being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On __September 29, 2014__, at __11:10 AM__ at __211 Fulton Avenue , 2nd Fl., Hempstead, NY 11550__, Deponent served the within **Summons in a Civil Action and Complaint**

On: __The Interfaith Nutrition Network Inc.__ , __Defendant__ therein named, ( hereinafter referred to as "subject").

☐ #1 INDIVIDUAL
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☒ #2 ENTITY/CORPORATION/LLC/LLP
By delivering to and leaving with **MRS KRASAN** said individual to be  who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ #3 SUITABLE AGE PERSON
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is subject's:[] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ #4 AFFIXING TO DOOR
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment  [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:

☐ #5 MAILING
On , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ #6 DESCRIPTION
Sex: Female    Color of skin: Brown    Color of hair: Black   Age: 55
Height: 5ft0in-5ft3in    Weight: 100-130 Lbs.   Other Features: glasses 2nd floor

☐ #7 WITNESS FEES
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☐ #8 MILITARY SERVICE
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ #9 OTHER

Sworn to before me on September 30, 2014

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
01R06055503, Qualified in Nassau County
Commission Expires February 26, 2015

Process Server, Please Sign
Nasser Atrash
Job #: 1429447   Lic#
Client's File No.:

INTER COUNTY JUDICIAL SERVICES LLC, 85 WILLIS AVENUE, SUITE F, MINEOLA, NY 11501 LIC#1371771 PH. 516-248-8270, FAX 516-294-6225